IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH A. BONAWITZ, | : | CIVIL ACTION NO. **3:CV-14-0783** |
| Plaintiff | : | (Judge Mannion) |
| v. | : | (Magistrate Judge Blewitt) |
| DANICA FOSKO, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of April, 2014, IT IS HEREBY ORDERED THAT:

1. Plaintiff Judith A. Bonawitz shall file an Amended Complaint by **May 30, 2014**, as specified in the foregoing Memorandum.

2. Plaintiff's Amended Complaint shall properly allege a claim, as discussed in the foregoing Memorandum.

3. Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

4. Plaintiff's Amended Complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct", as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(e)(1).



5. Failure of Plaintiff to timely file her Amended Complaint as directed in the foregoing Memorandum will result in a recommendation that her action be dismissed.

6. Plaintiff is directed not to serve any Defendant with her original Complaint.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: April 30, 2014