# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUDITH A. BONAWITZ,** : | |
| : | |
| Plaintiff | CIVIL ACTION NO. 3:14-0783 |
| : | |
| v. | (MANNION, D.J.) |
| : | (BLEWITT, M.J.) |
| **DANICA FOSKO,** *et al.*, : | |
| **Defendants** : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same

**IT IS HEREBY ORDERED THAT**:

(1) Judge Blewitt's report and recommendation, (Doc. 7), is **ADOPTED IN FULL**;

(2) The plaintiff's amended complaint, (Doc. 6), is **DISMISSED WITH PREJUDICE**;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 20, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-783-01-ORDER.wpd